[ Argued April 3, 1893.]

## J. TOLMIE *v.* J. E. WATSON.
[ S. C. 32 Pac. Rep. 1036.]

Multnomah County: E. D. Shattuck, Judge.

Action by J. Tolmie against J. E. Watson to recover
rent for a building on First street, in Portland.  Judg-
ment for plaintiff and defendant appeals.  Affirmed.

*Arthur C. Emmons*, and *Robert G. Morrow (Emmons &
Emmons* on the brief), for Appellant.

*Oliver P. Mason*, for Respondent.

Per Curiam.—This was an action brought in a jus-
tice's court to recover the sum of one hundred dollars for
rent.  The plaintiff alleges the renting of the premises to
the defendant on April 1, 1889, at the monthly rental of
fifty dollars, and the failure and refusal to pay the rent
for occupation of the premises for the months of October
and November, 1889.  The answer alleges that the plain-
tiff only leased the premises until the first day of October,
1889, and the payment of the rent up to that date.  The
reply denies that plaintiff has paid the rent agreed, or
any rent at all for the occupation of the premises for the
months of October and November, which he alleges he
used and occupied under the lease of April 1, 1889.

It is conceded that the complaint is not as well stated
as it might be, but it is sufficient to support a judgment.
The answer does not deny the occupation of the premises

during the time alleged, but the pleadings and record show that the defendant remained in possession if the lease did expire at the time defendant alleges. While the pleadings are defective, we think, upon the record, the plaintiff was clearly entitled to judgment, and it is therefore affirmed.